# United States Court of Appeals
## For the First Circuit

Nos. 13-2246
     13-2372

WILLIAM P. SIMS, JR.,

Plaintiff, Appellant,

v.

AMERICAN POSTAL WORKERS ACCIDENT BENEFIT ASSOCIATION, ET AL.,

Defendants, Appellees.

Before

Lynch, Chief Judge,
Howard and Kayatta, Circuit Judges.

**JUDGMENT**

Entered: August 6, 2014

     With appeal 13-2246, Appellant William P. Sims appeals from the district court's entry of judgment in favor of the defendant-appellees in this action pursuant to the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. §§ 1001–1461. We have reviewed the matter de novo, and have considered each of Sims' arguments. See Bard v. Boston Shipping Ass'n, 471 F.3d 229, 235 (1st Cir. 2006) (standard of review). For substantially the same reasons cited by the district court, we conclude that judgment in favor of the defendant-appellees was in order. With appeal 13-2372, Sims appeals from the district court's denial of his motion for sanctions. After careful review of relevant portions of the record, we conclude that the district court did not abuse its discretion in denying the motion. See Anderson v. Beatrice Foods Co., 900 F.2d 388, 393 (1st Cir. 1990) (standard of review). In accordance with the foregoing, we **AFFIRM**. Any remaining pending motions are moot.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
William P. Sims Jr.
Jonathan M. Conti
Michael A. Feinberg