# United States Court of Appeals
## For the First Circuit

Nos. 13-2372 and 13-2246

WILLIAM P. SIMS, JR.

Plaintiff - Appellant

v.

AMERICAN POSTAL WORKERS ACCIDENT BENEFIT ASSOCIATION; AMERICAN POSTAL WORKERS ACCIDENT BENEFIT ASSOCIATION, PENSION PLAN

Defendants - Appellees

**MANDATE**

Entered: September 15, 2014

    In accordance with the judgment of August 6, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Jonathan M. Conti
Michael A. Feinberg
William P. Sims Jr.